# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KATHLEEN SCHNEIDER, et al.,
               Plaintiffs,

v.                                                    Case No. 06-CV-837

PRUCO LIFE INSURANCE COMPANY,
               Defendant.

## FINAL AMENDED SCHEDULING ORDER

This cause coming to be heard upon the Agreed Motion of Defendant for Enlargement of Time, and for good cause established,

**IT IS HEREBY ORDERED**:

1. The agreed motion (docket #44) is **granted**;

2. All discovery is to be completed by **November 30, 2007**,

3. The plaintiffs' motion to compel (docket #41) is **denied** without prejudice. In light of the extended discovery date, counsel for the parties shall personally confer in a good faith effort to resolve the discovery dispute.

4. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56.2,, and no later than **December 10, 2007**. Such motions shall not be filed prior to the date of completion of discovery.

5. In all cases which have been designated for electronic filing, counsel are to provide paper copies of all dispositive motions, such as motions for summary judgment and motions to dismiss, along with supporting documentation, directly to the judge's chambers. Such copies are to be clearly marked "COPY" on the first page of each document submitted.

Dated at Milwaukee, Wisconsin, this <u>7th</u> day of September, 2007.

                                                                        s/AARON E. GOODSTEIN
                                                                         United States Magistrate Judge